■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVON WOODLEY, Appellant. [49 NYS3d 689]—

Judgment, Supreme Court, New York County (Daniel P. Conviser, J.), rendered September 17, 2013, as amended September 30 and October 3, 2013, convicting defendant, after a jury trial, of attempted assault in the first degree and assault in the second degree, and sentencing him to an aggregate term of four years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. The evidence established that defendant slammed the victim's head into a wall, and also fractured the victim's pelvis by stomping on it, and thereby evinced an intent to inflict serious physical injury.

Defendant's challenges to the prosecutor's summation are entirely unpreserved, and we decline to review them in the interest of justice. As an alternative holding, we find no basis for reversal. The remarks at issue generally constituted permissible responses to defense counsel's summation, and to the extent there were improprieties, they did not deprive defendant of a fair trial (*see People v Overlee*, 236 AD2d 133 [1st Dept 1997], *lv denied* 91 NY2d 976 [1998]; *People v D'Alessandro*, 184 AD2d 114, 118-119 [1st Dept 1992], *lv denied* 81 NY2d 884 [1993]). Concur—Tom, J.P., Friedman, Mazzarelli, Kapnick and Kahn, JJ.